Official Form 17
(12/04)

# United States Bankruptcy Court

District Of __COLORADO__

In re __Mark S. Miller & Jamileh Miller__,
Debtor

Case No. __10-25453-MER__

Chapter __13__

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

__Mark S. Miller & Jamileh Miller__, the plaintiff [*or* defendant *or* other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the __3rd__ day of __November 2010__.
(month) (year)

### ORDER ON MOTION FROM RELIEF FROM STAY

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Dated: __November 11, 2010__

Signed: __[signatures: Mark S. Miller  Jamileh Miller]__
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: __Mark S. Miller, Pro Se & Jamileh Miller, Pro Se__

Address: __19733 E Union Dr,__
__Centennial, CO 80015__

Telephone No: __303-358-1190__

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*