Mark S. Miller & Jamileh Miller
19733 E. UNION DR.
CENTENNIAL, CO. 80015
(303) 358-1190

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

FILED
BRADFORD L. BOLTON
CLERK
2012 APR 25 AM 11:34
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

Mark S. Miller & Jamileh Miller  §  Case No. 10-25453-MER
*Debtor(s)*  §
  §
vs.  §  **NOTICE OF OBJECTIONS**
  §  (WITH SUPPORTING MEMORANDUM)
DEUTSCHE BANK NATIONAL TRUST COMPANY  §  WITH MOTION TO DISMISS UNDER RULE 12(B)(6)
*Respondents*  §  *MOTION TO DISQUALIFY ATTORNEYS*
  §  *MOTION FOR CONTINUANCE*

## OBJECTIONS TO UNNOTICED HEARING SET FOR MAY 2, 2012

**PLEASE TAKE NOTICE**, that **Mark S. Miller & Jamileh Miller** **OBJECTS** to the following subject matter, and instruments::

> **HEARING SET FOR MAY 2, 2012, DOCUMENTS AND WITNESSES BY DEUTSCHE BANK NATIONAL TRUST COMPANY**

An accompanying supporting memorandum, and appropriate motions are being filed contemporaneously in the record addressing the basis for each objection, and the basis of any motion filed together with these objections.

Objections are made on the basis that the above matter is objectionable, open to opposition, especially because adverse reason(s) or contrary argument exist to sustain these objections. An immediate ruling is sought on these objections.

These objections constitute continuing objections, speaking objections, and specific objections which are made for the preservation of the appellate record.

## I. OBJECTIONS RAISED & BASIS:

## OBJECTION TO THE HEARING

### OBJECTION 1:

Debtors OBJECT to the hearing on the basis that the claim of Deutsche Bank is barred by the doctrine of claim preclusion and/or the doctrine of Res Judicata or Collateral Estoppel

### OBJECTION 2:

Debtors OBJECT to the hearing on the basis that debtors have NOT received timely formal notice by the court of the said hearing.

### OBJECTION 3:

Debtors OBJECT to the hearing on the basis that discovery is pending, and serveral substantive motions are before the court which need to be resolved prior to having any duplicated hearing.

With respect to OBJECTION 1 above, the debtors have filed their 12(b)(6) motion filed contemporaneously with these objections setting forth in more detail the basis for the objection, claim preclusion, and Res Judicata.

With respect to OBJECTION 2 above, the debtors have never received formal notice of this hearing, and that fact is made to appear on the docket sheet on in this case, and in debtor's motion for continuance filed contemporaneously with these objections.

With respect to OBJECTION 3 above, the debtors have submitted evidence to this court that discovery is pending, and cannot attend a hearing without evidence that was not mailed by the opposing parties. Debtors have further filed their motion for continuance filed contemporaneously with these objections stated in more detail the reasons and legal support for these objections.

## Ii. OBJECTIONS RAISED & BASIS:

## OBJECTIONS TO DOCUMENTS AND WITNESSES

### OBJECTION 4:

Debtors OBJECT specifically to the purported note on the basis a copy of the said note was not served on the debtors prior to the hearing and no evidence showing chain of custody.

### OBJECTION5:

Debtors OBJECT specifically to the purported note, and any other document or instrument on the basis of a lack of originality and authenticity, relevence further OBJECT on the basis that said evidence is barred by the doctrines of Res Judicata and FDCPA

### OBJECTION 6:

Debtors OBJECT to any and all witnesses in these proceedings, on the basis the names of such witness were not previously disclosed as ordered by this court, and further OBJECT on the basis that these witnesses are not eye-winessses having any real fact as required under the Federal Rules of Evidence and object to admissibility under Res Judicata and FDCPA

With respect to OBJECTIONS 4, 5, AND 6, above, the debtors OBJECT as setout above, and have contemporanesly submitted a MOTION TO DISQUALIFY, AND MOTION TO DISMISS under Rule 12(b)(6) for failure to state a claim, based upon claim preclusion, Res Judicata, and Collateral Estoppel, which motion explains in further detail the reasons for these objections. Further debtors object to each and every exhibit on the grounds of admissibility, chain of custody, lack of personal knowledge, Relevance, Speculation, hearsay, and any other issue when evidence is presented.

Case:10-25453-MER Doc#:132 Filed:04/25/12 Entered:04/25/12 13:09:50 Page4 of 5
Mark S. Miller & Jamileh Miller vs DEUTSCHE BANK NATIONAL TRUST COMPANY    Civil Action Number: 10-25453-MER

Page 4 of 5

## III OBJECTIONS RAISED & BASIS:

## OBJECTIONS TO IMPROPER APPEARANCES OF SUSAN HENDRICK AND THE LAWFIRM OF ARONOWITZ & MECKLENBURG, LLP

### OBJECTION 7:

Debtors OBJECT to the appearances of Susan Hendrick and the Law Firm of ARONOWITZ & MECKLENBURG, LLP on the basis that there exist conflict of interest as noted in the debtors pending motion to disqualify.

### OBJECTION8:

Debtors OBJECT to the appearances of Susan Hendrick and the Law Firm of ARONOWITZ & MECKLENBURG, LLP on the basis that these are defendants in the related Adversary Proceeding in this Bankruptcy Case, have conflicts of interest, and are expected to testify as material witnesses as noted in debtors motion to disqualify.

### OBJECTION9:

Debtors OBJECT to the appearances of Susan Hendrick and the Law Firm of ARONOWITZ & MECKLENBURG, LLP on the basis these parties are unauthorized DEBT COLLECTORS as noted in debtor's pending motion to disqualify.

With respect to OBJECTIONS 7, 8, AND 9, above, the debtors OBJECT as setout above, and have contemporanesly submitted a MOTION TO DISMISS under Rule 12(b)(6) for failure to state a claim, based upon claim preclusion, Res Judicata, and Collateral Estoppel, and the said motion explains in further detail the reasons for these objections.

## IV. CONCLUSION AND PRAYER

### ALL OF THE STATED OBJECTIONS HEREIN SHOULD BE SUSTAINED BY THIS COURT AS DEUTSCHE BANK NATIONAL TRUST COMPANY HAS FAILED TO COMPLY WITH THE RULES AND ORDER OF THIS COURT

For all of the above reasons, it is respectfully requested that the above objections be sustained in their entirety, and an appropriate order be entered denying any and all prior and current relief by repondent(s), as the said relief is unwarranted, violate the rules of this court, is prejudicial, and does not comport with Justice under the laws of this state, or the Laws of the United States of America.

Respectfully Submitted,

*signature*

Mark S. Miller & Jamileh Miller
19733 E. UNION DR.
CENTENNIAL, CO. 80015
(303) 358-1190

Dated: **April 25, 2012**     *Wednesday*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been forwarded to all counsel of record, by depositing a true copy of the same on the date and manner indicated below, *to wit*:

ARONOWITZ & MECKLENBURG, LLP
Susan J. Hendrick
1199 Bannock Street
Denver, Colorado 80204

**DELIVERED VIA:**
[✓] U.S. First Class Mail
[✓] U.S. Express Mail
[ ] Certified Mail/RRR

[ ] Hand Delivered
[ ] Via Fax# _____
[ ] Via Email X_____

*signature*
Mark S. Miller & Jamileh Miller   Dated: **April 25, 2012**

*Objections of Mark S. Miller & Jamileh Miller*     NOTICE OF OBJECTIONS TO HEARING SET FOR MAY 2, 2012