UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re:*                                                                                       Chapter 13
Case No. 10-25453-MER

MARK STANLEY MILLER aka A Moment to Remember Photo & Video aka Illusion Studioz and JAMILEH MILLER, **Debtors,**

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR13, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR13 UNDER THE POOLING AND SERVICING AGREEMENT DATED MAY 1, 2006, Successors, Assigns, Servicers, Investors and Trustees, Movant.

---

MOTION FOR EXTENSION OF TIME TO RESPOND TO INTERROGATORIES

---

COMES NOW, Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2006-AR13, Mortgage Pass-Through Certificates, Series 2006-AR13 Under the Pooling and Servicing Agreement Dated May 1, 2006 ("Deutsche"), by and through its attorneys, Aronowitz & Mecklenburg, LLP, for its Motion for Extension of Time to Respond to Interrogatories as follows:

1. On July 18, 2012, this Court issued an order protecting Deutsche from responding to certain interrogatories propounded by Mark S. Miller and Jamileh Miller. On this same date, the Court reformed certain interrogatories, ordered Deutsche to respond to specific interrogatories and provided Deutsche with a deadline of August 1, 2012 to serve responses to the interrogatories.

2. Deutsche has made diligent efforts to respond to said interrogatories to the extent that Deutsche has knowledge. However, Deutsche needs additional time for the final review and obtain the required approvals.

3. As such, Deutsche respectfully requests an additional seven days, up to and including, Wednesday, August 8, 2012, to respond to the unprotected interrogatories propounded by Mark S. Miller and Jamileh Miller to Deutsche.

4. This is Deutsche's first request for additional time and the Debtors shall not be prejudiced by a one week delay in receiving the responses, particularly given that the evidentiary hearing date is now set for October 5, 2012.

WHEREFORE, Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2006-AR13, Mortgage Pass-Through Certificates,

Series 2006-AR13 Under the Pooling and Servicing Agreement Dated May 1, 2006 respectfully requests that this Court issue an order permitting Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2006-AR13, Mortgage Pass-Through Certificates, Series 2006-AR13 Under the Pooling and Servicing Agreement Dated May 1, 2006 an additional week, up to and including Wednesday, August 8, 2012 to serve the responses to the interrogatories along with such other and further relief this Court deems proper.

Dated this 1st day of August, 2012

Respectfully submitted,

*/s/ Susan J. Hendrick*
Susan J. Hendrick, Esq.
Aronowitz & Mecklenburg, LLP
1199 Bannock Street
Denver, Colorado 80204
(303) 813-1177
(303) 813-1107
bk@amlawco.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of August, 2012, a true and correct copy of the foregoing Motion for Extension of Time to Respond to Interrogatories and Proposed Order were deposited into the United States mail, first-class, postage prepaid and addressed as follows:

Mark Stanley Miller
19733 E. Union Drive
Centennial, Colorado 80015

Jamileh Miller
19733 E. Union Drive
Centennial, Colorado 80015

Mark Stanley Miller
9303 Paramount Blvd.
Centennial, Colorado 80015

/s/ Stefanie S. Jeffries
Stefanie S. Jeffries

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re:*  Chapter 13
Case No. 10-25453-MER

MARK STANLEY MILLER aka A Moment to Remember Photo & Video aka Illusion Studioz and JAMILEH MILLER, **Debtors,**

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR13, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR13 UNDER THE POOLING AND SERVICING AGREEMENT DATED MAY 1, 2006, Successors, Assigns, Servicers, Investors and Trustees, Movant.

---

ORDER RE: MOTION FOR EXTENSION OF TIME TO RESPOND TO INTERROGATORIES

---

THIS MATTER having come before the Court on Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2006-AR13, Mortgage Pass-Through Certificates, Series 2006-AR13 Under the Pooling and Servicing Agreement Dated May 1, 2006's Motion for Extension of Time to Respond to Interrogatories, and the Court being duly advised in the premises thereof, hereby

ORDERS that Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2006-AR13, Mortgage Pass-Through Certificates, Series 2006-AR13 Under the Pooling and Servicing Agreement Dated May 1, 2006's Motion for Extension of Time to Respond to Interrogatories is GRANTED, as this is Deutsche's first request for such extension, and such extension will not prejudice the rights of Mark S. Miller or Jamileh Miller. As such, Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2006-AR13, Mortgage Pass-Through Certificates, Series 2006-AR13 Under the Pooling and Servicing Agreement Dated May 1, 2006 has up to and including Wednesday, August 8, 2012 to respond to the interrogatories as described in the order dated July 18, 2012.

DONE AND DATED this _____ day of August, 2012.

BY THE COURT:

_____

1