# URGENT LETTER™

**Mark S. Miller & Jamileh Miller**
**19733 E Union Dr**
**Centennial, CO 80015**
**Phone: 303-358-1190**

### NOTICE OF FILING

**MESSAGE DELIVERED VIA:**

☑ U.S. First Class Mail

☐ U.S. Express Mail

☐ Certified Mail/RRR

☐ Hand Delivered

☐ Via Fax# _____

☐ Via Email:_____

FILED
CLERK OF COURT
NOV 2 4 2014
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

*November 20, 2014*

**UNITED STATES BANKRUPTCY COURT**
**OFFICE OF THE CLERK OF COURT**
**721 19th St,**
** Denver, CO 80202**

**PAGE 1 OF_____** (Including This Cover Sheet)

*Civil Action Number:*    ***10-25453 MER***

**SUBJECT:**    **STATEMENT OF ITEMS TO BE INCLUDED WITH THE RECORD ON APPEAL &**
**STATEMENT OF ISSUES TO BE PRESENTED BY APPELLANT(S)**

Dear

Enclosed for filing please find the following documents :

## STATEMENT OF ITEMS TO BE INCLUDED WITH THE RECORD ON APPEAL & STATEMENT OF ISSUES TO BE PRESENTED BY APPELLANT(S)

Please file these documents in the referenced case number above.   Should you have any
questions regarding this matter, then please feel free to contact me at the telephone number
and contact information listed below.

Thank you very much for your kind assistance in this matter.

Very truly yours,

Mark S. Miller & Jamileh Miller
19733 E Union Dr
Centennial, CO 80015
Phone: 303-358-1190

CC:

Mark C. Willis
KUTAK ROCK LLP
1801 California Street
Suite 3000
Denver, CO 80202

Adam L. Hirsch
KUTAK ROCK LLP
1801 California Street
Suite 3000
Denver, CO 80202

NOTICE OF CONFIDENTIALITY; The information contained in this electronic speed transmission may contain confidential information and is intended only for the person(s) or recipient (s) to which it is directed. If you have received this message in error, you are hereby notified that copying, distribution, or any unauthorized publications of this message in any manner is expressly forbidden. You are hereby notified to destroy this electronic message from your computer immediately. Please notify the sender immediately upon receipt so that we can have the information returned at our expense. Thank you for your cooperation in this matter.